HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | ) |
| | ) Case No. 2:21-cv-00169-RSL |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) |
| | ) |
| WASHINGTON DEPARTMENT OF FISH & WILDLIFE, et al., | ) |
| | ) |
| Defendants. | ) |

WHEREAS, Plaintiff Wild Fish Conservancy ("Conservancy") issued a 60-day pre-suit notice letter dated December 2, 2020 and filed the complaint in this matter on February 10, 2021, against Defendants the Washington Department of Fish and Wildlife, Director Kelly Susewind, in his official capacity as the Director of the Washington Department of Fish and Wildlife, and Commissioners Larry Carpenter, Barbara Baker, James Anderson, Lorna Smith, Fred Koontz, Molly Linville, Donald McIsaac, and Kim Thorburn, in their official capacities as Commissioners of the Washington Fish and Wildlife Commission (collectively, "WDFW");

WHEREAS, the notice letter and complaint allege that WDFW is in violation section 9 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1538, by causing unauthorized "take" of

protected species through the operations of a new integrated summer steelhead hatchery program on the South Fork of the Skykomish River in Snohomish County, Washington;

WHEREAS, WDFW submitted a hatchery and genetic management plan ("HGMP") to the National Marine Fisheries Service ("NMFS") dated April 12, 2019 seeking authorization from NMFS to take ESA-listed species through operations of the integrated summer steelhead hatchery program on the South Fork of the Skykomish River;

WHEREAS, NMFS issued a Proposed Evaluation and Pending Determination to approve the HGMP dated December 21, 2020 and NMFS issued a draft Environmental Assessment under the National Environmental Policy Act for the pending determination dated January 20, 2021;

WHEREAS, WDFW anticipates that NMFS and the United States Fish and Wildlife Service ("FWS") will issue final decisions on whether to provide ESA authorizations for the new integrated summer steelhead hatchery program on the South Fork of the Skykomish River in the next several months;

WHEREAS, the Conservancy and WDFW (collectively, the "Parties") seek to conserve the Parties' and the Court's resources pending final determinations from NMFS and FWS;

WHEREAS, WDFW denies the allegations in the notice letter and complaint and specifically denies that there has been unauthorized take of ESA-listed species;

WHEREAS, the Parties reserve all claims, defenses, arguments, and issues with respect to any request by the Conservancy for an award of litigation expenses, including attorneys' fees, including those related to the effect of this Stipulation and Order on such a request;

The signatories for the Parties certify that they are authorized by the party they represent to enter into these Stipulations and Order;

| WILD FISH CONSERVANCY | WASHINGTON DEPARTMENT OF FISH & WILDLIFE, et al. |
|---|---|

STIPULATION AND ORDER – 2
No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

By: s/ _____
Kurt Beardslee, Executive Director

By: s/ _____
Kelly Susewind, Director

KAMPMEIER & KNUTSEN, PLLC

OFFICE OF THE ATTORNEY GENERAL
STATE OF WASHINGTON

By: s/ _____
Brian A. Knutsen, WSBA No. 38806
Attorney for the Conservancy

By: s/ _____
Michael S. Grossman, WSBA No. 15293
Attorney for WDFW

## STIPULATION AND ORDER

1. The Parties stipulate that, for purposes of this Stipulation and Order, the Court has jurisdiction over the Parties;

2. Until such time as NMFS and FWS both provide exemptions for liability under section 9 of the ESA, 16 U.S.C. § 1538 (or other authorization to take ESA-listed species) for the integrated summer steelhead hatchery program on the South Fork of the Skykomish River described in WDFW's April 12, 2019 HGMP (the "Hatchery Program"), or for the specific action of the Hatchery Program to be taken, WDFW shall not:

    a. Collect, trap, or otherwise remove steelhead from the South Fork Skykomish River or any other water body in Washington State to supply broodstock for the Hatchery Program; and

    b. Release any steelhead that were produced through the Hatchery Program into the South Fork Skykomish River or any other water body in Washington State from which the steelhead could potentially migrate to Puget Sound, including the Strait of Juan de Fuca;

3. WDFW may release steelhead produced through the Hatchery Program prior to both NMFS and FWS providing exemptions for liability under section 9 of the ESA, 16 U.S.C. §

STIPULATION AND
[PROPOSED] ORDER – 3
No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

1538, if the fish are released into water bodies from which they cannot migrate to Puget Sound, including the Strait of Juan de Fuca. WDFW shall provide the Conservancy with fourteen (14) days' advanced written notice of WDFW's intent to make such a release, including: (a) the number of hatchery fish to be released; (b) the name of the water body in which the hatchery fish are to be released; (c) the location of the water body into which the hatchery fish are to be released; (d) evidence (e.g., maps and/or field data) demonstrating that the release location is free from any migratory pathway to Puget Sound, including the Strait of Juan de Fuca; and (e) the date on which the release is to begin.;

4. WDFW shall provide the Conservancy with copies of NMFS's and FWS's decisions on whether to provide exemptions for liability under section 9 of the ESA, 16 U.S.C. § 1538, for the Hatchery Program as soon as practicable and no later than three (3) days from WDFW's receipt of each decision;

5. This matter shall be stayed until such time as WDFW has received exemptions from liability under section 9 of the ESA, 16 U.S.C. § 1538, from NMFS and FWS to implement one or more of the Hatchery Program actions identified in subparagraphs 2.a and 2.b above or until December 31, 2021, whichever occurs first. WDFW shall notify the Conservancy that it has received such exemptions to implement one or more of the Hatchery Program actions within three (3) business days of issuance and no later than WDFW's implementation of the action for which it has received the necessary exemptions;

6. The Conservancy shall not file a motion or take any other any action in this litigation seeking interim injunctive relief against an action identified in subparagraph 2.a or 2.b above so long as that action remains prohibited by paragraph 2 above, except as may be necessary to enforce the terms of this Stipulation and Order; and

7. The Parties shall confer within fourteen (14) days of the expiration of the stay as described in paragraph 5 above on further proceedings, and the Parties shall submit a joint status report to the Court within fourteen (14) days of their conferral describing their proposal(s) for further proceedings.

8. This action shall be stayed and removed from this Court's active caseload until further application by the parties or order of this Court.

DATED this __5th__ day of __March_____, 2021.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE