HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | Case No. 2:21-cv-00169-RSL |
| Plaintiff, | JOINT STIPULATED MOTION TO EXTEND DEADLING FOR STATUS REPORT AND ORDER |
| v. | |
| WASHINGTON DEPARTMENT OF FISH & WILDLIFE, et al., | |
| Defendants. | |

Plaintiff Wild Fish Conservancy ("Conservancy") and Defendants the Washington Department of Fish and Wildlife, et al. ("WDFW") herby stipulate and respectfully move the Court to extend the deadline for filing a joint status report by forty-six (46) days, from May 21, 2021 to July 6, 2021.

The Court entered a Stipulation and Order, Dkt. No. 7, on March 5, 2021 that, *inter alia*, stayed these proceedings until WDFW received certain exemptions from liability under section 9 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1538, for a new integrated summer steelhead hatchery program on the South Fork of the Skykomish River. Dkt. No. 7, p. 4, ¶ 5. The

MOTION TO EXTEND DEADLINE FOR
STATUS REPORT AND ORDER – 1
No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

1  Stipulation and Order directed the Conservancy and WDFW (collectively, "Parties") to confer
2  within fourteen (14) days of the expiration of stay and to file a joint status report within fourteen
3  (14) days of the conferral describing the Partiers' proposal(s) for further proceedings. *Id.* at p. 5,
4  ¶ 7. WDFW notified the Conservancy that it received two biological opinions ("BiOp") that each
5  include exemptions from liability under section 9 of the ESA, 16 U.S.C. § 1538, for the hatchery
6  program on Friday April 23, 2021, and the Parties conferred on those exemptions and further
7  proceedings on Friday, May 7, 2021. Accordingly, the joint status report is currently due on
8  Friday, May 21, 2021.

    The Conservancy is in the process of reviewing the two BiOps provided by WDFW, both
    of which are relatively voluminous, and evaluating further proceedings. That process is ongoing
    and has been delayed somewhat due to the Conservancy's other pressing litigation deadlines.
    The Conservancy has therefore requested additional time to complete its evaluations.

    Accordingly, the Parties hereby respectfully move the Court to extend the deadline for
    filing a joint status report by forty-six (46) days, from May 21, 2021 to July 6, 2021.

    RESPECTFULLY SUBMITTED this 19th day of May, 2021.

| KAMPMEIER & KNUTSEN, PLLC | OFFICE OF THE ATTORNEY GENERAL WASHINGTON STATE |
|---|---|
| By: s/ Brian A. Knutsen<br>Brian A. Knutsen, WSBA No. 38806<br>Emma Bruden, WSBA No. 56280<br>1300 S.E. Stark Street, Suite 202<br>Portland, Oregon 97214<br>Tel: (503) 841-6515 (Knutsen)<br>    (503) 719-5641 (Bruden)<br>Email: brian@kampmeierknutsen.com<br>       emma@kampmeierknutsen.com<br><br>*Attorney for Plaintiff Wild Fish Conservancy* | By: s/ Michael S. Grossmann<br>Michael S. Grossmann, WSBA No. 15293<br>P.O. Box 40100<br>Olympia, Washington 98504-0100<br>Tel: (360) 586-3550<br>Email: michael.grossmann@atg.wa.gov<br><br>*Attorneys for Defendants Washington Department of Fish & Wildlife, et al.* |

MOTION TO EXTEND DEADLINE FOR
STATUS REPORT AND ORDER – 2
No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

ORDER

The Stipulated Joint Motion is hereby GRANTED.

The deadline for the Parties to file a joint status report is hereby extended by forty-six (46) days, from May 21, 2021 to July 6, 2021.

This action shall be stayed and removed from this Court's active caseload until further application by the Parties or order of this Court.

DATED this __20th__ day of _____May_____, 2021.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Brian A. Knutsen
Brian A. Knutsen, WSBA No. 38806
Counsel for Plaintiff Wild Fish Conservancy

By: s/ Michael S. Grossmann
Michael S. Grossmann, WSBA No. 15293
Counsel for Defendants Washington Department of Fish & Wildlife, et al.

MOTION TO EXTEND DEADLINE FOR
STATUS REPORT AND ORDER – 3
No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515