HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | Case No. 2:21-cv-00169-RSL |
| Plaintiff, | THIRD JOINT STIPULATED MOTION TO EXTEND DEADLINE FOR STATUS REPORT AND ORDER |
| v. | |
| WASHINGTON DEPARTMENT OF FISH & WILDLIFE, et al., | |
| Defendants. | |

Plaintiff Wild Fish Conservancy ("Conservancy") and Defendants the Washington Department of Fish and Wildlife, et al. ("WDFW") herby stipulate and respectfully move the Court to extend the deadline for filing a joint status report by an additional twenty-one (21) days, from August 3, 2021 to August 24, 2021.

The Court entered a Stipulation and Order, Dkt. No. 7, on March 5, 2021 that, *inter alia*, stayed these proceedings until WDFW received certain exemptions from liability under section 9 of the Endangered Species Act ("ESA"), 16 U.S.C. § 1538, for a new integrated summer steelhead hatchery program on the South Fork of the Skykomish River. Dkt. No. 7, p. 4, ¶ 5. The

THIRD MOTION TO EXTEND DEADLINE FOR
STATUS REPORT AND ORDER – 1 No. 2:21-
cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

Stipulation and Order directed the Conservancy and WDFW (collectively, "Parties") to confer within fourteen (14) days of the expiration of stay and to file a joint status report within fourteen (14) days of the conferral describing the Parties' proposal(s) for further proceedings. *Id.* at p. 5, ¶ 7.

WDFW notified the Conservancy that it received two biological opinions ("BiOp") that each include exemptions from liability under section 9 of the ESA, 16 U.S.C. § 1538, for the hatchery program on Friday April 23, 2021, and the Parties conferred on those exemptions and further proceedings on Friday, May 7, 2021. Accordingly, the joint status report was initially due on Friday, May 21, 2021.

On May 19, 2021, the Parties jointly moved to extend the deadline for filing a joint status report to allow the Conservancy additional time to review the two new BiOps provided by WDFW. Dkt. No. 8. The Court granted that motion, extending the deadline from May 21, 2021 to July 6, 2021. Dkt. No. 9.

On July 2, 2021, WDFW notified the Conservancy that NMFS approved a hatchery and genetic management plan ("HGMP") for the new hatchery program that is the subject of this litigation and thereby exempted the program from liability under section 9 of the ESA.

On July 6, 2021, the Parties jointly moved to extend the deadline for filing a joint status report to allow the Conservancy time to review the approved HGMP. Dkt. No. 10. The Court granted the motion, extending the deadline from July 6, 2021 to August 3, 2021. Dkt. No. 11.

The Parties have been conferring about case management and are optimistic that they can reach agreement on a proposed case management schedule. However, the Parties need additional time to coordinate their positions and accordingly request a short extension of the deadline for filing a joint status report to allow the Parties time to continue discussions on case management,

THIRD MOTION TO EXTEND DEADLINE FOR
STATUS REPORT AND ORDER – 2 No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

and if appropriate, jointly propose a case management schedule to the Court. The Parties do not anticipate that this modest time extension will materially delay the orderly administration of justice and anticipate it may conserve the Court's and the Parties resources if the Parties reach resolution on proposed case management.

      Accordingly, the Parties respectfully move the Court to extend the deadline for filing the joint status report by an additional twenty-one (21) days, from August 3, 2021 to August 24, 2021.

      RESPECTFULLY SUBMITTED this 2nd day of August, 2021.

| | |
|---|---|
| KAMPMEIER & KNUTSEN, PLLC | OFFICE OF THE ATTORNEY GENERAL<br>WASHINGTON STATE |
| By: s/ Brian A. Knutsen<br>Brian A. Knutsen, WSBA No. 38806<br>Emma Bruden, WSBA No. 56280<br>1300 S.E. Stark Street, Suite 202<br>Portland, Oregon 97214<br>Tel: (503) 841-6515 (Knutsen)<br>     (503) 719-5641 (Bruden)<br>Email: brian@kampmeierknutsen.com<br>     emma@kampmeierknutsen.com<br><br>*Attorney for Plaintiff Wild Fish Conservancy* | By: s/ Michael S. Grossmann<br>Michael S. Grossmann, WSBA No. 15293<br>P.O. Box 40100<br>Olympia, Washington 98504-0100<br>Tel: (360) 586-3550<br>Email: michael.grossmann@atg.wa.gov<br><br>*Attorneys for Defendants Washington Department of Fish & Wildlife, et al.* |

THIRD MOTION TO EXTEND DEADLINE FOR STATUS REPORT AND ORDER – 3 No. 2:21-cv-00169-RSL

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

ORDER

The Stipulated Joint Motion is hereby GRANTED.

The deadline for the Parties to file a joint status report is hereby extended by an additional twenty-one (21) days, from August 3, 2021 to August 24, 2021.

This action shall be stayed and removed from this Court's active caseload until further application by the Parties or order of this Court.

DATED this 3rd day of August, 2021.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

By: s/ Brian A. Knutsen
Brian A. Knutsen, WSBA No. 38806
Counsel for Plaintiff Wild Fish Conservancy

By: s/ Michael S. Grossmann
Michael S. Grossmann, WSBA No. 15293
Counsel for Defendants Washington Department of Fish & Wildlife, et al.