UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY, | CASE NO. 21-cv-169 |
| Plaintiff, | ORDER DISMISSING MOTIONS TO INTERVENE AS MOOT |
| v. | |
| WASHINGTON DEPARTMENT OF FISH & WILDLIFE; KELLY SUSEWIND, in his official capacity as the Director of the Washington Department of Fish & Wildlife; BARBARA BAKER, in her official capacity as Chair of the Washington Fish & Wildlife Commission; MOLLY LINVILLE, in her official capacity as Vice Chair of the Washington Fish & Wildlife Commission; JAMES ANDERSON, in his official capacity as a member of the Washington Fish & Wildlife Commission; LORNA SMITH, in her official capacity as a member of the Washington Fish & Wildlife Commission; JOHN LEHMKUHL, in his official capacity as a member of the Washington Fish & Wildlife Commission; TIM RAGEN, in his official capacity as a member of the Washington Fish & Wildlife Commission; MELANIE ROWLAND, in her official capacity as a member of the Washington Fish & Wildlife Commission; and KIM THORNBURN, in her official capacity as a member of the Washington Fish & Wildlife Commission, | |
| Defendants. | |

ORDER DISMISSING MOTIONS TO INTERVENE AS MOOT - 1

This matter comes before the Court on the Nooksack Indian and Tulalip Tribes of Washington's, Squaxin Island Tribe's, the Lummi Indians of the Lummi Reservation of Washington's, and the Puyallup Tribe of Indians' (collectively, "Prospective Intervenors") motions to intervene for a limited purpose in Plaintiff Wild Fish Conservancy's Endangered Species Act lawsuit against the named defendants to this action. Dkt. Nos. 50, 56, 57, 64. After the Prospective Intervenors filed their motions, the parties to this action filed a proposed consent decree purporting to resolve all claims. Dkt. No. 73. The Court requested supplemental briefing from the Prospective Intervenors in response to the proposed consent decree, and each Prospective Intervenor answered that the consent decree would moot their request to intervene. *See* Dkt. Nos. 73, 76-79. The Court has since entered the consent decree. Dkt. No. 81.

Accordingly, it is ORDERED that the Prospective Intervenors' motions to intervene are DISMISSED as moot.

Dated this 8th day of August, 2023.

_____
Jamal N. Whitehead
United States District Judge