HONORABLE JAMAL N. WHITEHEAD

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILD FISH CONSERVANCY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SUSEWIND, *et al.*,<br><br>　　　　Defendants. | Case No. 2:21-cv-00169-JNW<br><br>STIPULATED MOTION TO MODIFY CONSENT DECREE AND ORDER<br><br>NOTED: June 18, 2024 |

**STIPULATED MOTION**

　　Plaintiff Wild Fish Conservancy and Defendants Kelly Suswind, in his official capacity as Director of the Washington Department of Fish and Wildlife, *et al.*, (collectively "the Parties") hereby jointly file this Stipulated Motion to Modify Consent Decree. The Parties request entry of an order modifying the consent decree as sought herein. In support of the motion, the Parties state as follows:

　　1.　　The Parties are working cooperatively to comply with Paragraph II.C.1 of the Consent Decree, Dkt. No. 81; and

　　2.　　The Parties agree that the proposed modifications will aid the Parties in accomplishing their goals with the snorkel surveys in Paragraph II.C.1.

　　Accordingly, the Parties hereby request the following revisions to Paragraph II.C.1 of the Consent Decree, Dkt. No. 81:

STIPULATED MOTION TO MODIFY CONSENT
AND ORDER DECREE – 1
Case No. 2:21-cv-00169-JNW

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

1. **Snorkel Surveys.** In the course of meeting obligations under Term and Condition 1a of the ESA Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Consultation, the WDFW Officials shall, in cooperation and coordination with the Conservancy, conduct ~~systemic~~ snorkel surveys on the North Fork Skykomish River and the South Fork of the Tolt River. The Parties shall conduct multiple such surveys each year, as conditions allow~~,~~. ~~Such surveys shall cover the entire anadromous zone of the North Fork of the Skykomish River and the South Fork of the Tolt River~~ in an effort to enumerate summer steelhead. For such surveys, the Parties shall use protocols implemented in the Parties' 2021 report of summer steelhead snorkel surveys on the North Fork Skykomish and the North and South Fork Tolt rivers (dated January 14, 2022), or protocols otherwise <span style="color:red">mutually</span> agreed to by the Parties. The Conservancy's participation in this program shall be maintained for four years starting in summer 2024. WDFW Officials shall fund the Conservancy's participation in all such surveys. The Parties expect that the Conservancy's costs will be similar to those the Conservancy incurred for surveys the Conservancy has participated in pursuant to the consent decree entered on May 2, 2019, in *Wild Fish Conservancy v. WDFW, et al.*, No 2:19-cv-00612-JLR (W.D. Wash.), which were approximately $30,000 annually, and adjusted for inflation will be approximately $38,000 to $44,000 annually.

**LCR 7(e) Certification:** I certify that this memorandum contains 359 words, in compliance with the Local Civil Rules.

RESPECTFULLY SUBMITTED this 18th day of June 2024.

| | |
|---|---|
| KAMPMEIER & KNUTSEN, PLLC | ROBERT W. FERGUSON<br>Attorney General |
| By:  s/ Emma A. O. Bruden<br>    Emma A. O. Bruden, WSBA No. 56280<br>Brian A. Knutsen, WSBA No. 38806<br>1300 S.E. Stark Street, Suite 202<br>Portland, Oregon 97214<br>Telephone: (503) 841-6515 (Knutsen)<br>        (503) 719-5641 (Bruden)<br>Email: brian@kampmeierknutsen.com<br>    emma@kampmeierknutsen.com<br><br>*Attorneys for Plaintiff Wild Fish Conservancy* | By:    s/ Koalani Kaulukukui<br>    Koalani Kaulukukui, WSBA #50642<br>Edward Callow, WSBA #30484<br>Public Lands and Conservation Division<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA  98504-0100<br>360-664-8977 (Kaulukukui)<br>360-664-2854 (Callow)<br>Koalani.Kaulukukui@atg.wa.gov<br>Ted.Callow@atg.wa.gov<br><br>*Attorneys for Defendants* |

STIPULATED MOTION TO MODIFY CONSENT AND ORDER DECREE – 2
Case No. 2:21-cv-00169-JNW

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515

## ORDER

Pursuant to the above Stipulation of the Parties, Paragraph II.C.1 of the Consent Decree, Dkt. No. 81, is hereby modified to read as follows:

    1.    **Snorkel Surveys.** In the course of meeting obligations under Term and Condition 1a of the ESA Section 7(a)(2) Biological Opinion and Magnuson-Stevens Fishery Conservation and Management Act Essential Fish Habitat Consultation, the WDFW Officials shall, in cooperation and coordination with the Conservancy, conduct snorkel surveys on the North Fork Skykomish River and the South Fork of the Tolt River. The Parties shall conduct multiple such surveys each year, as conditions allow, in an effort to enumerate summer steelhead. For such surveys, the Parties shall use protocols implemented in the Parties' 2021 report of summer steelhead snorkel surveys on the North Fork Skykomish and the North and South Fork Tolt rivers (dated January 14, 2022), or protocols otherwise mutually agreed to by the Parties. The Conservancy's participation in this program shall be maintained for four years starting in summer 2024. WDFW Officials shall fund the Conservancy's participation in all such surveys. The Parties expect that the Conservancy's costs will be similar to those the Conservancy incurred for surveys the Conservancy has participated in pursuant to the consent decree entered on May 2, 2019, in *Wild Fish Conservancy v. WDFW, et al.*, No 2:19-cv-00612-JLR (W.D. Wash.), which were approximately $30,000 annually, and adjusted for inflation will be approximately $38,000 to $44,000 annually.

There are no other modifications to the Consent Decree.

IT IS SO ORDERED.

ENTERED and DATED this 7th day of August 2024.

*[signature]*

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO MODIFY CONSENT AND ORDER DECREE – 3
Case No. 2:21-cv-00169-JNW

KAMPMEIER & KNUTSEN, PLLC
1300 S.E. Stark Street, Suite 202
Portland, Oregon 97214
(503) 841-6515